UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'11 DEC 13 P 4:20

JON A. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN M. SCHUBERT,<br><br>    Defendant. | Case No. 11-CR- 11-CR291<br><br>[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]<br><br>**Green Bay Division** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 14, 2011, in the State and Eastern District of Wisconsin,

**KEVIN M. SCHUBERT,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

    a. a Mossberg .20 gauge pump shotgun, bearing serial number K516795; and

    b. a Remington, model "The Scoremaster," .22 caliber bolt action rifle with no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_[signature]_
FOREPERSON
Date: 12/13/11

_[signature]_
JAMES L. SANTELLE
United States Attorney