# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN M. SCHUBERT,

        Defendant.

**NOTICE OF HEARING**
Case No. 11-CR-291

TYPE OF PROCEEDING:

# ARRAIGNMENT

**TAKE NOTICE** that the above-captioned proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | LOCATION: |
|---|---|
| Jefferson Court Building<br>125 S. Jefferson St.<br>Green Bay, WI 54301 | Room 201 |
| | DATE AND TIME: |
| | January 6, 2012 at 11:15 a.m. |

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: December 21, 2011

JON W. SANFILIPPO
Clerk of Court

Copies mailed to:

s/ Cheryl A. Veazie
Deputy Clerk

- √     AUSA Tammy Jo Hock
- √     U.S. Marshal
- √     U.S. Probation Office
- √     Federal Defender Services