UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 11-CR-291

**KEVIN M. SCHUBERT**

Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER
## FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO:   The Honorable James R. Sickel**
**United States Magistrate Judge**
Eastern District of Wisconsin

The petition of the United States Attorney for the Eastern District of Wisconsin respectfully

shows to this Court that

### KEVIN M. SCHUBERT
### d.o.b.: XX-XX-1966

is a defendant in the above-entitled action, whose appearance is necessary for an arraignment. That

petitioner further alleges that the arraignment will be held before the Honorable James R. Sickel,

125 S. Jefferson Street, Room 201, Green Bay, Wisconsin, commencing on **January 6, 2012 at**

**11:15 a.m.**

The petitioner has been informed and believes that

### KEVIN M. SCHUBERT
### d.o.b.: XX-XX-1966

is now confined at the **Oconto County Jail, Oconto, Wisconsin,** at which institution said person

is committed pursuant to the Order of a Court of the State of Wisconsin.

 **WHEREFORE**, your petitioner prays that this Honorable Court order that a Writ of Habeas

Corpus for Prosecution be issued from this Court to the Warden of the **Oconto County Jail,**

**Oconto, Wisconsin** requiring him/her to produce the body of the said

**KEVIN M. SCHUBERT**
**d.o.b.: XX-XX-1966**

at the time and place set forth above, and after said proceedings to return the prisoner to said

institution under safe and secure conduct.

 Dated at Green Bay, Wisconsin, this _21st_ day of December, 2011.

> Respectfully submitted,
>
> JAMES L. SANTELLE
> United States Attorney
>
> *Tammy Jo Hock*
>
> **TAMMY JO HOCK**
> Assistant United States Attorney

Upon the foregoing petition,

 IT IS HEREBY ORDERED that a Writ of Habeas Corpus For Prosecution be issued as

prayed for in the foregoing petition.

 Dated at Green Bay, Wisconsin, this _21_ day of December, 2011.

> **JAMES R. SICKEL**
> United States Magistrate Judge