# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

February 22, 2013

| No.: 12-3075 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>KEVIN M. SCHUBERT,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:11-cr-00291-WCG-1<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)